SUSANNA H. CANTRELLA, PLAINTIFF-RESPONDENT,
v. STANLEY C. ANTAS, DEFENDANT-PETITIONER.

*Messrs. Riker, Danzig, Scherer & Brown* and *Mr. Edward A. Zunz, Jr.* for the petitioner.

*Mr. Maurice R. Strickland* and *Mr. David Ben-Asher* for the respondent.

January 14, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
ELIZABETH WILLIAMS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman,* and *Mrs. Marcia R. Richman* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

January 14, 1969.  Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. JERRY TRONOLONE, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mr. Claude J. Minter* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. M. Richard Altman* for the respondent.

January 14, 1969.  **Denied.**